IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHELLE WELLS,
individually and on behalf of all
others similarly situated                                                        PLAINTIFF

VS.                             No. 4:18-cv-00828 PSH

SEVEN STAR HOTELS GROUP INC;
KHURRAM CHAUDRY; and
MOHAMED AYACHE                                                                DEFENDANTS

**ORDER**

Plaintiff Wells and defendant Ayache have reached a compromise settlement of Wells' claims in this matter, and the Court, upon agreement of the parties, has considered Wells' request for and entered an award of attorney's fees and costs. For these reasons, the Court finds that this matter should be, and is, dismissed with prejudice as to all defendants.

IT IS SO ORDERED this 29th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1