IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHELLE WELLS,
individually and on behalf of all
others similarly situated                                            PLAINTIFF

VS.                    CASE NO. 4:18CV00828 PSH

SEVEN STAR HOTELS GROUP INC;
KHURRAM CHAUDRY; and
MOHAMED AYACHE                                                    DEFENDANTS

JUDGMENT

Pursuant to the settlement of the damages claim at the settlement conference conducted the conference on February 16, and the Order of the Court addressing fees and costs, judgment is entered and the case dismissed.

IT IS SO ORDERED this 29th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE